RETURN PREMIUMS, INC., Respondent, v. FRANCIS J. FAJELLA et al., Defendants, and FRANK MASCALI & SONS INC., Appellant.— Judgment of the Supreme Court, Nassau County, entered January 4, 1971, affirmed, with costs. In our opinion, appellant's misuse of the appendix system constituted an imposition upon the court and warrants the imposition of a full bill of costs against

appellant. Hopkins, Acting P. J., Munder, Martuscello, Latham and Christ, JJ., concur.